AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**THE EGGERT AGENCY, INC, ET AL.,**

           **Plaintiffs,**         **JUDGMENT IN A CIVIL CASE**

vs.

                                     **CASE NO. C2-07-1011**
**NA MANAGEMENT**                **JUDGE EDMUND A. SARGUS, JR.**
**CORPORATION, ET AL.,**      **MAGISTRATE JUDGE TERENCE P. KEMP**

           **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

     **JUDGMENT** is hereby entered for the Plaintiffs and against the Defendant in the amounts set forth in the Opinion and Order filed January 22, 2010 (Doc. #76). This matter is dismissed.

Date:   January 22, 2010                       JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk